# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** May 30, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** JONES, David Michael  
Case No.: 5:08-CR-172-1BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
United States District Judge

On March 3, 2009, David Michael Jones was convicted of Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine and 1,000 Kilograms of Marijuana; and Conspiracy to Commit International Money Laundering. Mr. Jones appeared in United States District Court for the Eastern District of North Carolina and received a term of imprisonment of Life, followed by 5 years of supervised release. On June 10, 2010, pursuant to a Reduction of Sentence Under Changed Circumstances, his term of imprisonment was reduced to 240 months. Furthermore, on January 20, 2022, pursuant to 18 U.S.C. § 3582(c)(l)(A), his term of imprisonment was reduced to Time Served. He began supervision on January 20, 2022.

Mr. Jones has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program as of May 2023. All drug screens have been negative. Mr. Jones is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on January 19, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  
Terrence W. Boyle  
United States District Judge

_____  
Date May 31, 2024

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:08-CR-172-1BO

DAVID MICHAEL JONES

On January 20, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: May 30, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __31__ day of __May__, 2024.

Terrence W. Boyle  
United States District Judge